

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew James Kennedy | Civil Action No.  20-cv-00395-KSC |
| **Plaintiff,** | |
| V. | |
| Jeffrey Hatfield; Bradford Myler; Social Security | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The motions are GRANTED as to all defendants to the extent they seek dismissal of plaintiff's Complaint for lack of subject matter jurisdiction. Plaintiff's Complaint is dismissed without leave to amend, and the Court DIRECTS the Clerk of Court to terminate this action as to all defendants.

Date:  7/6/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Exler

M. Exler, Deputy